# Exhibit 1



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,522,438**

**Registered Apr. 29, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: ACTION FIGURES AND ACCESSORIES THEREFOR; PLAYSETS FOR ACTION FIG-URES; BATTERY OPERATED ACTION TOYS; TOY PISTOLS, TARGET SETS; BATTERY OPERATED REMOTE CONTROLLED TOY VEHICLES; FLYING DISKS; BALLS FOR GAMES; BALLS FOR SPORTS; INFLATABLE BOP BAGS; SPORTING ARTICLES; KITES; YO-YOS; COLLECTIBLE TOY FIGURES; VINYL FIGURES; BALLOONS; TOY BUILDING BLOCKS; PLAYING CARDS; BOARD GAMES, CARD GAMES; MEMORY GAMES; PARLOR GAMES; PARTY GAMES, ROLE PLAYING GAMES, COSTUME MASKS, PUZZLES, INDOOR SLUMBER AND PLAY TENTS; BATHTUB TOYS; DRAWING TOYS; MUSICAL TOYS; PLUSH TOYS; PULL TOYS; SAND TOYS; SQUEEZE TOYS; STUFFED TOYS; TALKING TOYS; WATER SQUIRTING TOYS; HAND PUPPETS; TOY BANKS; BUBBLE-MAKING WAND AND SOLUTION SETS; CHRISTMAS TREE ORNAMENTS (EXCEPT CONFECTION-ERY OR ILLUMINATION ARTICLES); EGG DECORATING KITS; PARTY FAVORS IN THE NATURE OF SMALL TOYS, CRACKERS AND NOISEMAKERS; STREAMERS; PAPER PARTY HATS; BOBBLEHEAD DOLLS; DOLLS AND ACCESSORIES THEREFOR; PLAYSETS FOR DOLLS; DOLL CLOTHING; CLOTHING FOR STUFFED AND PLUSH TOYS; PLAY COSMETICS FOR CHILDREN, PET TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,393, FILED 1-24-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,522,437**

**Registered Apr. 29, 2014**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: CRYSTAL, CERAMIC, GLASS AND PORCELAIN FIGURINES; CRYSTAL, CERAMIC, GLASS AND PORCELAIN SCULPTURES; WASTEPAPER BASKETS; PIGGY BANKS; CUPS AND MUGS; BEVERAGEWARE; SPORTS BOTTLES WITH MOLDED CHARACTER HEADS; BOTTLE OPENERS; DRINKING STRAWS; INSULATING SLEEVE HOLDERS FOR BEVERAGE CANS; ICE CUBE MOLDS; PLASTIC COASTERS; DISHES; PLATES; BOWLS; SERVING TRAYS; CAKE MOLDS; COOKIE CUTTERS; CUPCAKE MOLDS; COOKIE JARS; PLASTIC SQUEEZE BOTTLES; TEAPOTS NOT MADE OF PRECIOUS METAL; SALT AND PEPPER SHAKERS; LUNCH BOXES; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES; TOOTHBRUSHES; BATTERY POWERED TOOTHBRUSHES; TOOTH-BRUSH HOLDERS; DENTAL CARE KITS COMPRISING TOOTHBRUSHES AND FLOSS; DENTAL FLOSS; HAIR BRUSHES; HAIR COMBS; SOAP DISPENSERS; SOAP HOLDERS; PET BRUSHES; PET FEEDING AND DRINKING BOWLS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-15-2013; IN COMMERCE 6-15-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,388, FILED 1-24-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,419,214**

**Registered Oct. 15, 2013**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: BOOKS IN THE FIELD OF ENTERTAINMENT; CHILDREN'S ACTIVITY BOOKS; CHILDREN'S STORYBOOKS; ADDRESS BOOKS; COLORING BOOKS; COMIC BOOKS; POSTER BOOKS; GRAPHIC NOVELS; NOTEBOOKS; DIARIES; BOOKMARKS; MAGAZINES IN THE FIELD OF ENTERTAINMENT; POSTERS; CALENDARS; SCRAPBOOK ALBUMS; STICKER ALBUMS; SKETCHBOOK ALBUMS; PHOTOGRAPH ALBUMS; ART PRINTS; CHALK; CRAYONS; ARTS AND CRAFTS PAINT KITS; MARKERS; PENS; ERASERS; PENCILS; PENCIL CASES; PENCIL SHARPENERS; DECORATIVE PENCIL TOP ORNAMENTS; SCHOOL SUPPLY KITS CONTAINING VARIOUS COMBINATIONS OF SELECTED SCHOOL SUPPLIES, NAMELY, WRITING INSTRUMENTS, PENS, PENCILS, MECHANICAL PENCILS, ERASERS, MARKERS, CRAYONS, HIGHLIGHTER PENS, FOLDERS, NOTEBOOKS, PAPER, PENCIL SHARPENERS, GLUE AND BOOKMARKS; FOLDERS; ACTIVITY KITS CONSISTING OF STICKERS AND STAMPS; DECALS AND TRANSFERS; STICKERS; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; COASTERS MADE OF PAPER; PAPER PENNANTS; PAPER PARTY DECORATIONS; PAPER CAKE DECORATIONS; PAPER PARTY SUPPLIES, NAMELY, PAPER PARTY FAVORS, PAPER NAPKINS, PAPER PLACEMATS, PAPER GIFT WRAP AND PAPER GIFT WRAPPING RIBBONS, PAPER TABLE CLOTHS AND PAPER PARTY BAGS; GIFT BAGS PRINTED INVITATIONS; POSTCARDS; TRADING CARDS; GREETING CARDS; WRITING PAPER; ENVELOPES; MEMO PADS; LUNCH BAGS; AND CROSSWORD PUZZLES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-19-2010; IN COMMERCE 5-19-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,342, FILED 1-24-2012.

RAUL CORDOVA, EXAMINING ATTORNEY



*Deputy Director of the United States Patent and Trademark Office*



# United States of America
## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,515,131**

**Registered Apr. 15, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: BACKPACKS; KNAPSACKS; FANNY PACKS; TOTE BAGS; BOOK BAGS; ALL PURPOSE SPORT BAGS; ATHLETIC BAGS; GYM BAGS; SHOULDER BAGS; PURSES; TRAVEL BAGS; TRAVEL CASES; LUGGAGE; LUGGAGE TAGS; WALLETS; COIN PURSES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-15-2013; IN COMMERCE 6-15-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,373, FILED 1-24-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,605,902**
**Registered Sep. 16, 2014**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: PICTURE AND PHOTOGRAPHIC FRAMES; THROW PILLOWS; DECORATIVE PIL-
LOWS; FLOOR PILLOWS; CUSHIONS; NON-METAL KEY CHAINS AND KEY RINGS;
SLEEPING BAGS; TOY CHESTS; PLASTIC FIGURINES; PLASTIC CAKE DECORATIONS;
PLASTIC SCULPTURES; WOOD SCULPTURES; TOY BOXES; VINYL APPLIQUÉS FOR
ATTACHMENT TO WINDOWS, MIRRORS, AND OTHER SOLID SURFACES, IN CLASS 20
(U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 6-14-2013; IN COMMERCE 6-14-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-524,379, FILED 1-24-2012.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office

# DESPICABLE ME

**Reg. No. 4,354,512**
**Registered June 18, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: CLOTHING, FOOTWEAR, AND HEADWEAR, NAMELY, T-SHIRTS, TANK TOPS, SWEATSHIRTS, PAJAMAS, NIGHTGOWNS, BLOUSES, SHORTS, CAPS, HATS, SLIPPERS, INFANTWEAR, HALLOWEEN COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-23-2011; IN COMMERCE 8-23-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-343,508, FILED 6-10-2011.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# IT'S SO FLUFFY

**Reg. No. 6,169,993**

**Registered Oct. 06, 2020**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 16: Wire-bound notebooks; blank journals; diaries; sticker albums; stickers, pencil sharpeners; study kits, consisting of pencil erasers, drawing ruler, and pencil sharpeners

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-083,162, FILED 08-17-2018



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# IT'S SO FLUFFY

**Reg. No. 6,456,114**

**Registered Aug. 17, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 25: Clothing namely, shirts and tops, sweatshirts

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-083,163, FILED 08-17-2018





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office





# United States of America
## United States Patent and Trademark Office

# MINIONS

**Reg. No. 4,918,817**

**Registered Mar. 15, 2016**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: BAGS, NAMELY, ALL-PURPOSE CARRYING BAGS, ATHLETIC BAGS, ALL-PURPOSE SPORT BAGS, BACKPACKS, BEACH BAGS, BOOK BAGS, DUFFEL BAGS, GYM BAGS, MESSENGER BAGS, OVERNIGHT BAGS, SHOULDER BAGS, TOTE BAGS, TRAVEL BAGS; TRAVEL CASES; PURSES; HANDBAGS; DIAPER BAGS; KNAPSACKS; UMBRELLAS; ARTICLES MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, CALLING CARD CASES, CHANGE PURSES, COIN PURSES, FANNY PACKS, LUGGAGE, LUGGAGE TAGS, KNAPSACKS, KEY CASES, LEATHER KEY CHAINS, SATCHELS, WAIST PACKS, AND WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-306,066, FILED 6-10-2014.

KRISTIN DAHLING, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MINIONS

**Reg. No. 5,059,956**

**Registered Oct. 11, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 28: Toys, games and playthings, namely, action target games; action-type target games; aero-dynamic disk for use in playing catching games; air mattress swimming floats for recreational use; amusement game machines; amusement products, namely, inflatable balls; bath toys; beach balls; bean bags; children's toy bicycles other than for transport; decorative wind spinners; dice games; Easter egg coloring kits; electric action toys; electric toy vehicles; electronically operated toy motor vehicles; face masks; floats for bathing and swimming; inflatable bop bags; inflatable inner tubes for aquatic recreational use; inflatable toys; inflatable toys showing decorative pictures; non-electric toy vehicles; paper face masks; paper party favors; paper streamers; party favor hats; play balls; play figures; plush dolls; sandbox toys; swim fins; swimming flippers; tossing disc toys; toy and novelty face masks; toy artificial fingernails; toy boxes; toy candy dispensers; toy construction blocks; toy construction sets; toy masks; toys, namely, a disc to toss in playing a game wherein other discs are flipped and collected; toys, namely, children's dress-up accessories; vinyl dolls; water wing swim aids for recreational use; action figures and accessories therefor; playsets for action figures; battery operated action toys; flying disks; balls for games; toy model hobby craft kits for constructing two- and three-dimensional positionable toy figures; hobby craft kits for constructing two- and three-dimensional positionable toy figures comprising crayons, stencils, stickers and paints; toy rubber stamps; sporting articles, namely, skateboards, roller-skates, balls for sports, inflatable punching bags, athletic protective elbow pads for skateboarding, athletic protective knee pads for skateboarding, bowling bags, bowling ball covers, bowling gloves, elbow guards for athletic use and elbow pads for athletic use; kites; yo-yos; snow globes; pinball machines and arcade game machines; hand held electronic games; swim floats for recreational use; collectable toy figures; balloons; toy building blocks; playing cards; board games, card games; memory games; action skill games; parlor games; party games; role playing games; children's educational toys for developing cognitive skills; costume masks; stress relief balls for hand exercise; puzzles; marbles for games; play tents; bathtub toys; drawing toys; musical toys; plush toys; pull toys; sand toys; squeeze toys; stuffed toys; talking toys; water toys; toy figures; wind-up toys; hand puppets; sit-in and ride-on toy vehicles; toy banks; bubble-making wand and solution sets; egg decorating kits; party favors in the nature of small toys and noisemakers; paper party streamers; paper party hats; bobble head dolls; dolls and accessories therefor; playsets for dolls; doll clothing; doll houses; clothing for stuffed and plush toys; toy cosmetics; pet toys; piñatas; Christmas tree ornaments

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-306,068, FILED 06-10-2014



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

KRISTIN M DAHLING, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# MINIONS

**Reg. No. 4,846,779**

**Registered Nov. 3, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SHIRTS, TANK TOPS, BLOUSES, PAJAMAS, NIGHTGOWNS, DRESSES, JACKETS, SHORTS, PANTS, SKIRTS, CAPS, HATS, SCARVES, SLIPPERS, INFANTWEAR, LOUNGEWEAR, UNDERWEAR, SOCKS, AND HALLOWEEN COSTUMES; FOOTWEAR; AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,397,007.

SN 86-204,068, FILED 2-25-2014.

ALEX KEAM, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MINIONS

**Reg. No. 5,176,741**

**Registered Apr. 04, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 16: Paper and cardboard products, namely, address labels, adhesive labels, adhesive note paper, adhesive notepads, agendas, appointment books, art pictures, art prints, bathroom tissue, blank cards, blank note cards, blank notebooks, blank or partially printed paper labels, book covers, bookmarkers, book-cover paper, cardboard hang tags, children's wall stickers and murals, Christmas cards, children's arts and crafts paper kits, coasters made of paper, coasters of cardboard, craft paper, daily planners, decorative paper centerpieces, engagement books, envelopes, facial tissue, flags and pennants of paper, graphic prints and representations, hand towels of paper, holiday cards, illustrated notepads, letter paper, memo blocks, note cards, notepads, occasion cards, paper bags and sacks, paper banners, paper gift cards, paper gift tags, paper hang tags, paper note tablets, paper party bags, paper party decorations, paper cake decorations, paper cake toppers, paper serviettes, paper table liners, paper gift tags, paper tissues, paper towels, party favor gift boxes sold empty, party goodie bags of paper, party ornaments of paper, picture books, picture postcards and printed paper signs; stationery; adhesives for stationery or household purposes; artists' materials, namely, paint brushes, art pads, art paper, artists' pencils, artists' pens, arts and craft clay kits, arts and craft paint kits, chalk, chalk sticks, color pencils, colored pens, craft glue for stationery and household purposes; drawing pads, drawing paper, drawing pencils, drawing rulers, drawing tablets, easel pads, felt marking pens, felt pens, felt tip markers, felt writing pens, felt-tip pens, highlighter pens and markers, ink pens, modeling clay, iron-on transfers, pencils for painting and drawing, sketch books and sketch pads; books, namely, a series of fiction books, comic books, and books in the field of in the field of animation, cartoons, drama, action, adventure, science-fiction; children's activity books; puzzle books, brain game books, word game books, children's storybooks; children's books; address books; coloring books; comic books; poster books; graphic novels; notebooks; diaries; blank writing journals; bookmarks; magazines in the field of animation, cartoons, comics and children's entertainment; posters; calendars; scrapbook albums; sticker albums; sketchbook albums; photograph albums; crayons; arts and crafts paint kits; markers; pens; erasers; pencils; pencil cases; decorative pencil top ornaments; activity kits consisting of stickers and toy stamps; decals and transfers; stickers; pencil sharpeners; drawing rulers; school supply kits containing various combinations of selected school supplies, namely, writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, paper clips, pencil sharpeners, writing grips, glue for stationery purpose; folders; binders as stationery; paper clips; paper staplers; staple removers; slate boards for writing; stencils; rubber stamps other than hand tools or parts of machines and stamp pads; paper pennants; paper party decorations; paper cake decorations; paper party supplies, namely, paper napkins, paper placemats, paper gift wrap and paper gift wrapping ribbons, paper table cloths and paper party bags; gift bags; printed invitations; postcards; trading cards; greeting cards; writing paper; envelopes as stationery; memo pads; and lunch bags of paper



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

FIRST USE 5-1-2015; IN COMMERCE 5-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-306,064, FILED 06-10-2014
KRISTIN M DAHLING, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,166,771**

**Registered Mar. 21, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 16: Paper and cardboard products, namely, address labels, adhesive labels, adhesive note paper, adhesive notepads, agendas, appointment books, art pictures, art prints, bathroom tissue, blank cards, blank note cards, blank notebooks, blank or partially printed paper labels, book covers, bookmarkers, book-cover paper, cardboard hang tags, children's wall stickers and murals, Christmas cards, children's arts and crafts paper kits, coasters made of paper, coasters of cardboard, craft paper, daily planners, decorative paper centerpieces, engagement books, envelopes, facial tissue, flags and pennants of paper, graphic prints and representations, hand towels of paper, holiday cards, illustrated notepads, letter paper, memo blocks, note cards, notepads, occasion cards, paper bags and sacks, paper banners, paper gift cards, paper gift tags, paper hang tags, paper note tablets, paper party bags, paper party decorations, paper cake decorations, paper cake toppers, paper serviettes, paper table liners, paper gift tags, paper tissues, paper towels, party favor gift boxes sold empty, party goodie bags of paper, party ornaments of paper, picture books, picture postcards and printed paper signs; stationery; adhesives for stationery or household purposes; artists' materials, namely, paint brushes, art pads, art paper, artists' pencils, artists' pens, arts and craft clay kits, arts and craft paint kits, chalk, chalk sticks, color pencils, colored pens, craft glue for stationery and household purposes; drawing pads, drawing paper, drawing pencils, drawing rulers, drawing tablets, easel pads, felt marking pens, felt pens, felt tip markers, felt writing pens, felt-tip pens, highlighter pens and markers, ink pens, modeling clay, iron-on transfers, pencils for painting and drawing, sketch books and sketch pads; books, namely, a series of fiction books, comic books, and books in the field of in the field of animation, cartoons, drama, action, adventure, science-fiction; children's activity books; puzzle books, brain game books, word game books, children's storybooks; children's books; address books; coloring books; comic books; poster books; graphic novels; notebooks; diaries; blank writing journals; bookmarks; magazines in the field of animation, cartoons, comics and children's entertainment; posters; calendars; scrapbook albums; sticker albums; sketchbook albums; photograph albums; crayons; arts and crafts paint kits; markers; pens; erasers; pencils; pencil cases; decorative pencil top ornaments; activity kits consisting of stickers and toy stamps; decals and transfers; stickers; pencil sharpeners; drawing rulers; school supply kits containing various combinations of selected school supplies, namely, writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, paper clips, pencil sharpeners, writing grips, glue for stationery purpose; folders; binders as stationery; paper clips; paper staplers; staple removers; slate boards for writing; stencils; rubber stamps other than hand tools or parts of machines and stamp pads; paper pennants;

*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

paper party decorations; paper cake decorations; paper party supplies, namely, paper napkins, paper placemats, paper gift wrap and paper gift wrapping ribbons, paper table cloths and paper party bags; gift bags; printed invitations; postcards; trading cards; greeting cards; writing paper; envelopes as stationery; memo pads; and lunch bags of paper

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

The mark consists of the words "DESPICABLE ME MINION MADE" in a stylized form.

OWNER OF U.S. REG. NO. 4545086, 4419214

SER. NO. 86-311,348, FILED 06-16-2014
KRISTIN M DAHLING, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,129,447**

**Registered Jan. 24, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 25: Clothing, namely, T-shirts, sweatshirts, shirts, tank tops, blouses, pajamas, nightgowns, dresses, jackets, shorts, pants, skirts, caps, hats, scarves, slippers, infantwear, loungewear, underwear, socks, and Halloween costumes; footwear; and headwear

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

The mark consists of the words "DESPICABLE ME MINION MADE" in a stylized form.

OWNER OF U.S. REG. NO. 4354512, 4397007

SER. NO. 86-311,353, FILED 06-16-2014
KRISTIN M DAHLING, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,055,079**

**Registered Oct. 04, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 28: Toys, games and playthings, namely, action target games; action-type target games; aero-dynamic disk for use in playing catching games; air mattress swimming floats for recreational use; amusement game machines; amusement products, namely, inflatable balls; bath toys; beach balls; bean bags; children's toy bicycles other than for transport; decorative wind spinners; dice games; Easter egg coloring kits; electric action toys; electric toy vehicles; electronically operated toy motor vehicles; face masks; floats for bathing and swimming; inflatable bop bags; inflatable inner tubes for aquatic recreational use; inflatable swimming pools; inflatable toys; inflatable toys showing decorative pictures; non-electric toy vehicles; paper face masks; paper party favors; paper streamers; party favor hats; play balls; play figures; plush dolls; sandbox toys; swim fins; swimming flippers; tossing disc toys; toy and novelty face masks; toy artificial fingernails; toy boxes; toy candy dispensers; toy construction blocks; toy construction sets; toy masks; toys, namely, a disc to toss in playing a game wherein other discs are flipped and collected; toys, namely, children's dress-up accessories; vinyl dolls; water wing swim aids for recreational use; action figures and accessories therefor; playsets for action figures; battery operated action toys; flying disks; balls for games; hobby craft kits comprising crayons, stencils, stickers and paints; toy rubber stamps; sporting articles, namely, skateboards, roller-skates, target sets for sporting use, balls for sports, inflatable punching bags, athletic protective elbow pads for skateboarding, athletic protective knee pads for skateboarding, bowling bags, bowling ball covers, bowling gloves, elbow guards for athletic use and elbow pads for athletic use; kites; yo-yos; snow globes; pinball machines and arcade game machines; hand held units for playing electronic games

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

The mark consists of the words "DESPICABLE ME MINION MADE" in a stylized form.

OWNER OF U.S. REG. NO. 4419214, 4522438

SER. NO. 86-311,355, FILED 06-16-2014
JOHN M GARTNER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,129,446**

**Registered Jan. 24, 2017**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 18: Bags, namely, all-purpose carrying bags, athletic bags, all-purpose sport bags, backpacks, beach bags, book bags, duffel bags, gym bags, messenger bags, overnight bags, shoulder bags, tote bags, travel bags; travel cases; purses; handbags; diaper bags; knapsacks; umbrellas; articles made from leather and imitations of leather, namely, calling card cases, change purses, coin purses, fanny packs, luggage, luggage tags, knapsacks, key cases, leather key chains, satchels, waist packs, and wallets

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

The mark consists of the words "DESPICABLE ME MINION MADE" in a stylized form.

OWNER OF U.S. REG. NO. 4354512, 4515131

SER. NO. 86-311,350, FILED 06-16-2014
KRISTIN M DAHLING, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,592,054**

**Registered Aug. 26, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND ACCESSORIES THEREFOR, PLAYSETS FOR ACTION FIGURES, BATTERY OPERATED ACTION TOYS, TOY PISTOLS, BATTERY OPERATED REMOTE CONTROLLED TOY VEHICLES, BALLS FOR GAMES, BALLS FOR SPORTS, COLLECTIBLE TOY FIGURES, VINYL DOLLS, BALLOONS, PLAYING CARDS, BOARD GAMES, CARD GAMES, MEMORY GAMES, ACTION SKILL GAMES, CHILDREN'S EDUCATIONAL TOYS FOR DEVELOPING COGNITIVE SKILLS, COSTUME MASKS, PUZZLES, PLUSH TOYS, STUFFED TOYS, TALKING TOYS, BATH TOYS, WATER TOYS, TOY FIGURES, DOLLS AND ACCESSORIES THEREFOR, PLASTIC CHARACTER TOYS, BUBBLE-MAKING WAND AND SOLUTION SETS, PARTY FAVORS IN THE NATURE OF SMALL TOYS AND NOISEMAKERS, PAPER PARTY HATS, PIÑATAS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF THE IMAGE OF A SMALL, CYLINDRICAL, TWO-EYED CARTOON CARICATURE WEARING GLOVES, GOGGLES, AND OVERALLS WITH THE DESIGN OF A HARDWARE NUT IN THE SHAPE OF THE LETTER "G" ON THE CHEST.

SER. NO. 86-142,528, FILED 12-12-2013.

ROBERT C. CLARK JR., EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,592,051**

**Registered Aug. 26, 2014**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, SHIRTS, PAJAMAS, JACKETS, SHORTS, PANTS, SKIRTS, CAPS, HATS, SCARFS, SLIPPERS, INFANTWEAR, LOUNGEWEAR, UNDERWEAR, SOCKS, FOOTWEAR; HEADWEAR; AND HALLOWEEN COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF THE IMAGE OF A SMALL, CYLINDRICAL, TWO-EYED CARTOON CARICATURE WEARING GLOVES, GOGGLES, AND OVERALLS WITH THE DESIGN OF A HARDWARE NUT IN THE SHAPE OF THE LETTER "G" ON THE CHEST.

SER. NO. 86-142,396, FILED 12-12-2013.

ROBERT C. CLARK JR., EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,592,052**

**Registered Aug. 26, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: BAGS, NAMELY, BACKPACKS; TOTE BAGS; MESSENGER BAGS, ALL-PURPOSE CARRYING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF THE IMAGE OF A SMALL, CYLINDRICAL, TWO-EYED CARTOON CARICATURE WEARING GLOVES, GOGGLES, AND OVERALLS WITH THE DESIGN OF A HARDWARE NUT IN THE SHAPE OF THE LETTER "G" ON THE CHEST.

SER. NO. 86-142,494, FILED 12-12-2013.

ROBERT C. CLARK JR., EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,596,147**

**Registered Sep. 2, 2014**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

UNIVERSAL CITY STUDIOS LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, BOOKS IN THE FIELD OF ENTERTAINMENT; CHILDREN'S ACTIVITY BOOKS, CHILDREN'S STORYBOOKS, ADDRESS BOOKS, COLORING BOOKS, COMIC BOOKS, NOTEBOOKS, DIARIES, BLANK WRITING JOURNALS, FOLDERS, WRITING PAPER, MEMO PADS, CALENDARS, SCRAPBOOK ALBUMS, STICKER ALBUMS, PHOTOGRAPH ALBUMS; CRAYONS; ARTS AND CRAFTS PAINT KITS; MARKERS; PENS; ERASERS; PENCILS; PENCIL CASES; DECORATIVE PENCIL TOP ORNAMENTS; SCHOOL SUPPLY KITS CONTAINING VARIOUS COMBINATIONS OF SELECTED SCHOOL SUPPLIES, NAMELY, WRITING INSTRUMENTS, PENS, PENCILS, MECHANICAL PENCILS, ERASERS, MARKERS, CRAYONS, HIGHLIGHTER PENS, FOLDERS, NOTEBOOKS, PAPER; ACTIVITY KITS CONSISTING OF STICKERS AND TOY STAMPS; DECALS AND TRANSFERS; STICKERS; PAPER PENNANTS; PAPER PARTY DECORATIONS; PAPER CAKE DECORATIONS; PLASTIC CAKE DECORATIONS; PAPER PARTY SUPPLIES, NAMELY, PAPER PARTY FAVORS, PAPER NAPKINS, PAPER PLACEMATS, PAPER PLATES, PAPER CUPS, PAPER GIFT WRAP AND PAPER GIFT WRAPPING RIBBONS, PAPER TABLE CLOTHS AND PAPER PARTY BAGS; GIFT BAGS; PRINTED INVITATIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-19-2010; IN COMMERCE 5-19-2010.

THE MARK CONSISTS OF THE IMAGE OF A SMALL, CYLINDRICAL, TWO-EYED CARTOON CARICATURE WEARING GLOVES, GOGGLES, AND OVERALLS WITH THE DESIGN OF A HARDWARE NUT IN THE SHAPE OF THE LETTER "G" ON THE CHEST.

SER. NO. 86-147,668, FILED 12-18-2013.

YAT SYE, LEE, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,854,465

**United States Patent and Trademark Office**

Registered June 15, 2004

Corrected

OG Date Oct. 5, 2004

## TRADEMARK
## PRINCIPAL REGISTER

## THE FAST AND THE FURIOUS

UNIVERSAL CITY STUDIOS LLLP (DE-LAWARE LIMITED LIABILITY LIM-ITED PARTNERSHIP),
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: CLOTHING, NAMELY, JACK-ETS, T-SHIRTS, SWEATSHIRTS, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

SER. NO. 76-384,010, FILED 3-15-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 5, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

# United States of America

## United States Patent and Trademark Office

# FAST & FURIOUS

**Reg. No. 5,276,717**

**Registered Aug. 29, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CA 91608

CLASS 9: Game software, including downloadable computer game application software, computer game software provided on CDs, DVDs, cartridges and memory cards and online downloadable computer games; Video game cartridges, memory cards, cassettes, discs, software and programs; Downloadable application software for mobile, portable and handheld devices that allow users to view and play audio, video and audiovisual elements and information relating to content in the field of entertainment; Computer application software for mobile, portable and handheld devices for use in distribution and viewing of audio, video and audiovisual elements and information relating to content in the field of entertainment; Downloadable audio, video and audiovisual multimedia content in the field of entertainment, namely, motion picture films featuring drama, action, adventure, romance, comedy and animation, and television series; Digital media, namely, pre-recorded DVDs, CDs, high definition digital discs, video cassettes, digital video discs, digital versatile discs, downloadable audio and video files, and high definition digital discs featuring audiovisual and multimedia entertainment content in the field of entertainment, drama, action, adventure, romance, comedy, animation and subjects of general human interest; Motion picture films featuring drama, action, adventure, romance, comedy, animation and subjects of general human interest; Headphones; Audio speakers; Earbuds; Batteries; Media players; Portable media players; Computer peripheral equipment; Glasses, namely, eyeglasses, sunglasses, reading glasses and cases therefor; Accessories for mobile, portable and handheld devices, namely, chargers, headphones, speakers, cases, covers, screen protectors, wired and wireless earpieces, microphones and hands-free devices; Cell phone cases and covers; Cases for Notebook computers and tablets; Gift cards, namely, magnetically encoded gift cards and electronic gift cards; Magnets; Downloadable electronic publications, namely, informational sheets, informational flyers, leaflets, newsletters, periodicals, style guides, books and manuals featuring information relating to audiovisual and multimedia entertainment content; Pre-recorded media, namely, DVDs, CDs, high definition digital discs, video cassettes, digital video discs, digital versatile discs, downloadable audio and video files, and high definition digital discs featuring audiovisual and multimedia entertainment content in the field of entertainment, drama, action, adventure, romance, comedy, animation and subjects of general human interest; Blank flash drives; Downloadable ringtones for mobile phones, portable and handheld devices; Interactive computer game programs; Downloadable computer screen saver software; Downloadable image files containing artwork, text, audio, video, games and graphics relating to audiovisual and multimedia entertainment content; Downloadable video recordings featuring audiovisual and multimedia entertainment content in the field of entertainment, drama, action, adventure, romance, comedy, animation and subjects of general human interest; Downloadable music files; 3-D glasses; Protective carrying cases for portable media devices and mobile phones

FIRST USE 7-28-2009; IN COMMERCE 7-28-2009



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2889674, 2914822, 2854465

SER. NO. 86-389,813, FILED 09-09-2014
ERIC MICHAEL SABLE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# FAST & FURIOUS

**Reg. No. 5,697,522**

**Registered Mar. 12, 2019**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Los Angeles, CALIFORNIA 91608

CLASS 16: Paper and cardboard products, namely, address labels, adhesive labels, adhesive note paper, adhesive notepads, agendas, appointment books, art pictures, art prints, bathroom tissue, blank cards, blank note cards, blank notebooks, blank or partially printed paper labels, book covers, bookmarkers, book-cover paper, cardboard hang tags, children's wall stickers and murals, Christmas cards, children's arts and crafts paper kits, coasters made of paper, coasters of cardboard, craft paper, daily planners, decorative paper centerpieces, engagement books, envelopes, facial tissue, flags and pennants of paper, graphic prints and representations, hand towels of paper, holiday cards, illustrated notepads, letter paper, memo blocks, note cards, notepads, occasion cards, paper bags and sacks, paper banners, paper gift cards, paper gift tags, paper hang tags, paper note tablets, paper party bags, paper party decorations, paper cake decorations, paper cake toppers, paper serviettes, paper table linens, paper tissues, paper towels, party favor gift boxes sold empty, party goodie bags of paper, party ornaments of paper, picture books, picture postcards and printed paper signs; bookbinding material; photographs; stationery; adhesives for stationery or household purposes; artists' materials, namely, paint brushes, art pads, art paper, artists' pencils, artists' pens, arts and craft clay kits, arts and craft paint kits, chalk, chalk sticks, color pencils, colored pens, craft glue for stationery and household purposes, drawing pads, drawing paper, drawing pencils, drawing rulers, drawing tablets, easel pads, felt marking pens, felt pens, felt tip markers, felt writing pens, felt-tip pens, highlighter pens and markers, ink pens, modeling clay, nail stencils, iron-on transfers, pencils for painting and drawing, sketch books and sketch pads; books, namely, a series of fiction books, comic books, and books in the field of in the field of animation, cartoons, drama, action, adventure, science-fiction, romance and suspense; children's activity books; puzzle books, brain game books, word game books, children's storybooks; children's books; address books; coloring books; comic books; poster books; graphic novels; notebooks; diaries; blank writing journals; bookmarks; magazines in the field of animation, cartoons, comics and children's entertainment; posters; calendars; scrapbook albums; sticker albums; sketchbook albums; photograph albums; crayons; arts and crafts paint kits; markers; pens; erasers; pencils; pencil cases; decorative pencil top ornaments; activity kits consisting of stickers and toy stamps; decals and transfers; stickers; markers; pens; erasers; pencils; pencil sharpeners; school supply kits containing various combinations of selected school supplies, namely, writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, paper clips, pencil sharpeners, writing grips, glue for stationery purpose; folders; binders as stationery; paper clips; paper staplers; staple removers; slate boards for writing; stencils; rubber stamps other than hand tools or parts of machines and stamp pads; adhesives for stationery or household purposes; paper pennants; paper party supplies, namely, paper napkins, paper placemats, paper gift wrap and paper gift wrapping ribbons, paper table cloths and paper party bags; gift bags; printed invitations; postcards; trading cards; greeting cards; writing paper; envelopes as stationery; memo pads; and lunch bags of paper



Director of the United States
Patent and Trademark Office

FIRST USE 3-1-2015; IN COMMERCE 3-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2940443, 2889674, 2854465

SER. NO. 86-389,812, FILED 09-09-2014

# United States of America

## United States Patent and Trademark Office

# FAST & FURIOUS

**Reg. No. 5,428,676**

**Registered Mar. 20, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 28: Toys, games and playthings, namely, action target games; action-type target games; aero-dynamic disk for use in playing catching games; air mattress swimming floats for recreational use; airsoft guns for recreational purposes; amusement game machines; amusement products, namely, inflatable balls; bath toys; beach balls; bean bags; children's toy bicycles other than for transport; decorative wind spinners; dice games; Easter egg coloring kits; electric action toys; electric toy vehicles; electronically operated toy motor vehicles; equipment sold as a unit for playing action type target games; face masks; floats for bathing and swimming; inflatable bop bags; inflatable inner tubes for aquatic recreational use; inflatable swimming pools; inflatable toys; inflatable toys showing decorative pictures; non-electric toy vehicles; paper face masks; paper party favors; paper streamers; party favor hats; play balls; play figures; plush dolls; sandbox toys; swim fins; swimming flippers; tossing disc toys; toy and novelty face masks; toy artificial fingernails; toy boxes; toy candy dispensers; toy construction blocks; toy construction sets; toy masks; toys, namely, a disc to toss in playing a game wherein other discs are flipped and collected; toys, namely, children's dress-up accessories; vinyl dolls; water wing swim aids for recreational use; action figures and accessories therefor; playsets for action figures; battery operated action toys; toy pistols; toy miniature car models; toy airplanes and helicopters; battery operated remote controlled toy vehicles, namely, cars, trains, airplanes, boats, helicopters, motorcycles and hover crafts; flying disks; toy model train sets; balls for games; toy model hobby craft kits; hobby craft kits comprising crayons, stencils, stickers and paints; toy rubber stamps; sporting articles, namely, skateboards, roller-skates, target sets for sporting use, balls for sports, inflatable punching bags, athletic protective elbow pads for skateboarding, athletic protective knee pads for skateboarding, bowling bags, bowling ball covers, bowling gloves, elbow guards for athletic use and elbow pads for athletic use; kites; yo-yos; snow globes; pinball machines and arcade game machines; hand held units for playing electronic games; swim floats for recreational use; collectable toy figures; balloons; toy building blocks; playing cards; board games, card games; memory games; action skill games; parlor games; party games; role playing games; children's educational toys for developing cognitive skills; costume masks; stress relief balls for hand exercise; puzzles; marbles for games; play tents; drawing toys; musical toys; plush toys; pull toys; sand toys; squeeze toys; stuffed toys; talking toys; water toys; toy figures; wind-up toys; hand puppets; sit-in and ride-on toy vehicles; toy banks; bubble-making wand and solution sets; egg decorating kits; piñatas; party favors in the nature of small toys and noisemakers; paper party streamers; paper party hats; bobble head dolls; dolls and accessories therefor; playsets for dolls; doll clothing; doll houses; clothing for stuffed and plush toys; toy cosmetics; pet toys; Christmas tree ornaments; amusement park rides

FIRST USE 3-1-2015; IN COMMERCE 3-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2889674, 2940443, 2854465

SER. NO. 86-389,805, FILED 09-09-2014

# United States of America

## United States Patent and Trademark Office

# FAST & FURIOUS

**Reg. No. 5,546,145**

**Registered Aug. 21, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 41: Entertainment services, namely, providing online video games, providing online computer games, providing online electronic games, providing temporary use of non-downloadable video games, providing temporary use of non-downloadable computer games, providing temporary use of non-downloadable interactive games, providing temporary use of non-downloadable electronic games, providing temporary use of non-downloadable video games via an on-demand service and providing temporary use of non-downloadable computer games via an on-demand service; Entertainment services, namely, production and distribution of motion pictures; Entertainment services, namely, providing information, news and commentary in the field of entertainment; Entertainment services, namely, providing information, news and commentary in the field of recreation; Entertainment services in the nature of development, production and distribution of multimedia entertainment content; Providing a website featuring non-downloadable videos and images in the field of entertainment, drama, action, adventure, romance, comedy, science fiction and subjects of general human interest provided via global computer networks, wireless communication networks and portable device applications; Electronic publishing services, namely, publication of text and graphic works of others online featuring articles, novelizations, scripts, comic books, strategy guides, photographs and visual materials; Presentation of live show performances; Fan clubs; Amusement parks; Theme parks; Entertainment in the nature of a themed area in an amusement park and amusement park rides

FIRST USE 6-00-2001; IN COMMERCE 6-00-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3299926, 2940443, 2854465

SER. NO. 86-389,801, FILED 09-09-2014



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FAST & FURIOUS

**Reg. No. 5,428,677**

**Registered Mar. 20, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Universal City Studios LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 25: Clothing, namely, shirts, T-shirts, blouses, tank tops, skirts, trousers, jeans, pants, shorts, skorts, overalls, jumpers, rompers, dresses, sweaters, jackets, blazers, coats, ponchos, scarves, stoles, shawls, socks, tights, leotards, stockings, leggings, leg warmers, slipper socks, ties, bow ties, pocket squares, suspenders, belts, aprons, undershirts, underpants, underwear, snow suits, snow pants, ear muffs; mittens, gloves, cloth bibs, plastic baby bibs, infantwear; sweatshirts, sweatpants, jogging suits, masquerade and Halloween costumes and masks sold in connection therewith; sleepwear; loungewear; swimwear; rainwear; footwear; headwear; Halloween costumes

FIRST USE 3-1-2015; IN COMMERCE 3-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2889674, 2940443, 2854465

SER. NO. 86-389,809, FILED 09-09-2014



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## FAST & FURIOUS SPY RACERS

**Reg. No. 6,069,963**

**Registered Jun. 02, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)
100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 41: Entertainment services in the nature of the production and distribution of film, television series and short form entertainment content, each featuring comedy and drama; entertainment in the nature of television series and short form entertainment content, each featuring comedy and drama; entertainment services, namely, the provision of continuing programs featuring comedy and drama delivered by internet, wireless and mobile networks; provision of news and information in the fields of entertainment and television via the internet, mobile and wireless networks; non-downloadable shows featuring television and short form programs in the nature of comedy and drama content

FIRST USE 12-26-2019; IN COMMERCE 12-26-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5428676, 5276717, 5428677

SER. NO. 87-856,423, FILED 03-30-2018



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# FAST & FURIOUS SPY RACERS

**Reg. No. 6,731,983**

**Registered May 24, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 9: Downloadable television series in the nature of comedy, drama provided via a video-on-demand service; downloadable shows featuring television in the nature of comedy, drama; video game discs

FIRST USE 9-16-2021; IN COMMERCE 9-16-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5428676, 5276717, 5428677

SER. NO. 87-856,221, FILED 03-29-2018



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## FAST & FURIOUS SPY RACERS

**Reg. No. 6,731,984**

**Registered May 24, 2022**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 16: Books in the fields of entertainment; children's storybooks

FIRST USE 9-14-2021; IN COMMERCE 9-14-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5428676, 5276717, 5428677

SER. NO. 87-856,223, FILED 03-29-2018





Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## FAST & FURIOUS SPY RACERS

**Reg. No. 6,731,985**

**Registered May 24, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 28: toy vehicles and accessories therefor

FIRST USE 9-14-2021; IN COMMERCE 9-14-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5428676, 5276717, 5428677

No claim is made to the exclusive right to use the following apart from the mark as shown: "RACERS"

SER. NO. 87-856,227, FILED 03-29-2018



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# FAST X

**Reg. No. 7,762,741**

**Registered Apr. 15, 2025**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 25: Clothing, namely, shirts and tops, sweatshirts

FIRST USE 5-19-2023; IN COMMERCE 5-19-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-442,600, FILED 06-03-2022



Acting Director of the United States Patent and Trademark Office



Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Reg. No. 1,100,741
Registered Aug. 29, 1978

## TRADEMARK
### Principal Register

# JAWS

Universal City Studios, Inc. (Delaware corporation)
100 Universal City Plaza
Universal City, Calif. 91608

For: PAPER ARTICLES—NAMELY, P O S T E R S AND IRON-ON TRANSFERS—in CLASS 16 (U.S. CL. 38).

First use at least as early as June 18, 1975; in commerce at least as early as June 18, 1975.

Ser. No. 157,038, filed Jan. 30, 1978.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,276,097

Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## JAWS

UNIVERSAL CITY STUDIOS, INC. (DELA-
WARE CORPORATION)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: VIDEO RECORDINGS IN ALL FOR-
MATS ALL FEATURING MOTION PICTURES,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12–11–1978; IN COMMERCE
12–11–1978.
OWNER OF U.S. REG. NO. 1,096,290.

SER. NO. 75–532,676, FILED 8–7–1998.

ANN E. SAPPENFIELD, EXAMINING ATTOR-
NEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,316,903

## United States Patent and Trademark Office

Registered Feb. 8, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## JAWS

UNIVERSAL CITY STUDIOS, INC. (DELA-
WARE CORPORATION)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: PLUSH TOYS AND MINIATURE DIE
CAST VEHICLES, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).

FIRST USE 6-0-1998; IN COMMERCE
6-0-1998.
OWNER OF U.S. REG. NOS. 1,039,787,
1,075,059, AND OTHERS.

SN 75-124,058, FILED 5-10-1996.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

# United States of America

## United States Patent and Trademark Office

# JAWS

**Reg. No. 6,791,161**

**Registered Jul. 12, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 25: Clothing, namely, shirts and tops, shorts, sweatshirts and sweat pants, sweatsuits, pajamas, sleepwear, swimwear, underwear, Halloween costumes, infantwear; headwear, namely, hats, caps; shoes

FIRST USE 6-12-1975; IN COMMERCE 6-12-1975

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-591,359, FILED 03-19-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# JAWS

**Reg. No. 7,139,772**

**Registered Aug. 15, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 28: Toys, games and playthings, namely, action figures and accessories therefor, board games, action skill games, dolls, doll accessories, toy figures and accessories therefor, play figures, jigsaw puzzles, plush toys, stuffed toys; Christmas tree ornaments; water globes

FIRST USE 6-00-1998; IN COMMERCE 6-00-1998

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-591,351, FILED 03-19-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# JAWS

**Reg. No. 7,426,341**

**Registered Jun. 25, 2024**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 9: Prerecorded video and audio discs, DVDs, optical and magneto-optical discs featuring entertainment in the field of motion pictures containing action, adventure, suspense, horror, drama and music content; prerecorded CDs featuring music and entertainment in the field of motion pictures containing cartoons, action, adventure, suspense, horror, drama and movie sound tracks; downloadable audio, visual, multimedia and digital files in the fields of entertainment, namely, motion pictures containing action, adventure, suspense, horror, drama and music; video game discs; downloadable video game software; downloadable interactive software for playing games; downloadable multimedia software featuring entertainment in the field of motion pictures containing action, adventure, suspense, horror and drama; accessories for mobile, portable and handheld devices, namely, protective covers and cases; charging appliances for rechargeable equipment; eyewear, eyeglasses and sunglasses; decorative magnets

FIRST USE 4-21-1992; IN COMMERCE 4-21-1992

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2276097

SER. NO. 98-021,943, FILED 05-31-2023

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## YOU'RE GONNA NEED A BIGGER BOAT

**Reg. No. 6,294,711**

**Registered Mar. 16, 2021**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 16: Blank journals, notebooks, stickers, decals, posters, wall art prints

FIRST USE 2-14-2016; IN COMMERCE 2-14-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-092,902, FILED 08-04-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## YOU'RE GONNA NEED A BIGGER BOAT

**Reg. No. 6,294,707**

**Registered Mar. 16, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Universal City Studios LLC  (DELAWARE LIMITED LIABILITY COMPANY)

100 Universal City Plaza
Universal City, CALIFORNIA 91608

CLASS 25: Clothing, namely, t-shirts, hoodies and tops

FIRST USE 6-3-2019; IN COMMERCE 6-3-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-092,881, FILED 08-04-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent Office

Reg. No. 1,075,059
Registered Oct. 11, 1977

## TRADEMARK
### Principal Register



Universal City Studios, Inc. (Delaware corporation)
100 Universal City Plaza
Universal City, Calif.   91608

For: CLOTHING—NAMELY, T-SHIRTS, LADIES' AND MISSES' CASUAL SHIRTS, STOCKINGS AND MASQUERADE COSTUMES—in CLASS 25 (U.S. CL. 39).

First use at least as early as June 12, 1975; in commerce at least as early as June 12, 1975.

Owner of Reg. No. 1,039,787.

Ser. No. 65,733, filed Oct. 14, 1975.

PAUL F. GAST, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent Office

Reg. No. 1,073,671

Registered Sept. 20, 1977

## TRADEMARK
### Principal Register



Universal City Studios, Inc. (Delaware corporation)
100 Universal City Plaza
Universal City, Calif.   91608

For: CLOTHING—NAMELY, T-SHIRTS—in CLASS 25 (U.S. CL. 39).

First use at least as early as June 12, 1975; in commerce at least as early as June 12, 1975.

Owner of Reg. No. 1,039,787.

Ser. No. 65,730, filed Oct. 14, 1975.

PAUL F. GAST, Examiner

Int. Cl.: 6

Prior U.S. Cl.: 13

**United States Patent and Trademark Office**

Reg. No. 1,314,299
Registered Jan. 15, 1985

## TRADEMARK
### Principal Register

## E.T.

Universal City Studios, Inc. (Delaware corporation)
100 Universal City Plz.
Universal City, Calif. 91608

For: KEY CHAINS AND KEY RINGS (MET-AL), in CLASS 6 (U.S. Cl. 13).

First use Jul. 2, 1982; in commerce Jul. 2, 1982.

Owner of U.S. Reg. Nos. 1,204,446, 1,204,680 and others.

Ser. No. 385,361, filed Sep. 13, 1982.

JOSEPH ERVIN, Examiner

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,390,935
Registered Apr. 22, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## E.T.

UNIVERSAL CITY STUDIOS, INC. (DELA-
WARE CORPORATION)
100 UNIVERSAL CITY PLZ.
UNIVERSAL CITY, CA 91608

FOR: TOYS AND GAMES—NAMELY, PUP-
PETS, DOLLS AND CLOTHING ACCESSO-
RIES, MASKS, ACTION FIGURES, PUZZLES,
GAMES (BOARD, PARLOR AND CARD), PEEL
AND STICK ACTIVITY GAMES, CHRISTMAS
DECORATIONS (TREE SKIRTS, WATER
GLOBE TREE ORNAMENTS), JUVENILE TEA
SETS, COOKWARE, BAKEWARE AND ACCES-
SORIES, HOBBY KITS CONTAINING PLASTIC
AND/OR METAL DIE CAST PIECES WHICH
WHEN FITTED TOGETHER FORM MINIA-
TURE VECHILES OR FIGURES, BALLS
(BEACH, SPONGE, PUNCH), OUTDOOR PLAY
EQUIPMENT (SLIDES AND SWING SETS), IN
CLASS 28 (U.S. CL. 22).

FIRST USE 6–24–1982; IN COMMERCE
6–24–1982.

OWNER OF U.S. REG. NOS. 1,204,446, 1,204,680
AND OTHERS.

SER. NO. 385,346, FILED 9–13–1982.

W. A. CONN, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 2,772,224**

## United States Patent and Trademark Office

Registered Oct. 7, 2003

### TRADEMARK
#### PRINCIPAL REGISTER

### E.T.

UNIVERSAL CITY STUDIOS LLLP (DELAWARE LTD LIAB CO)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608 BY CHANGE OF NAME; BY CHANGE OF NAME; BY CHANGE OF NAME UNIVERSAL CITY STUDIOS, INC. (DELAWARE CORPORATION) UNIVERSAL CITY, CA 91608

FOR: PRERECORDED VIDEO TAPES AND VIDEO CASSETTES ALL FEATURING MOTION PICTURES AND TELEVISION PROGRAMS; DVD'S AND CD-ROMS FEATURING MOTION PICTURES; MUSICAL SOUND RECORDINGS; SUNGLASSES; DECORATIVE MAGNETS; COMPUTER GAME PROGRAMS; INTERACTIVE VIDEO GAME PRO-GRAMS; INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS AND ELECTRONIC GAME PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2001; IN COMMERCE 11-0-2001.

OWNER OF U.S. REG. NOS. 1,291,178, 1,390,935, AND OTHERS.

SEC. 2(F).

SN 76-277,473, FILED 6-28-2001.

ANNE MADDEN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 23, 26, 37, 38 and 50

## United States Patent and Trademark Office

Reg. No. 1,312,269

Registered Jan. 1, 1985

## TRADEMARK
### Principal Register

## E.T. THE EXTRA-TERRESTRIAL

Universal City Studios, Inc. (Delaware corporation)
100 Universal City Plz.
Universal City, Calif. 91608

For: PAPER GOODS AND PRINTED MAT-TER—NAMELY, BOOKS (PAPERBACK, ACTIVITY, THEME, ADDRESS, SCRAP, AUTOGRAPH AND DIARIES); POSTERS; MEMO AND CHALKBOARDS; MEMO PADS; TABLETS; WRITING PAPER AND ENVELOPES FOR SAME; TRANSFERS (PAPER AND IRON-ON); ALBUMS (PHOTO AND STAMP); PENCILS; PENCIL CASES; SHARPENERS; PENS; ERASERS; RULERS; GREETING CARDS; PAPER PARTY GOODS (NAPKINS, INVITATIONS, STREAMERS, TABLE COVERS); PUSH PENS FOR BULLETIN BOARDS; CONSTRUCTION PAPER; CARDBOARD PICTURE CARDS AND STICKERS; TISSUES AND CRAFT PAPER; BINDERS, in CLASS 16 (U.S. Cls. 23, 26, 37, 38 and 50).

First use Jan. 18, 1982; in commerce Jan. 18, 1982.

Owner of U.S. Reg. Nos. 1,204,466, 1,204,680 and others.

Ser. No. 384,634, filed Sep. 10, 1982.

AMOS T. MATTHEWS, JR., Examining Attorney

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,346,436

## United States Patent and Trademark Office

Registered July 2, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## E.T. THE EXTRA-TERRESTRIAL

UNIVERSAL CITY STUDIOS, INC. (DELAWARE CORPORATION)
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

FOR: TOYS AND GAMES: NAMELY PUPPETS; DOLLS AND CLOTHING ACCESSORIES; MASKS; ACTION FIGURES; PUZZLES; EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD, PARLOR AND CARD GAMES; CHRISTMAS DECORATIONS (TREE SKIRTS, WATER GLOBE, TREE ORNAMENTS); JUVENILE TEASETS, COOKWARE, BAKEWARE AND ACCESSORIES; HOBBY KITS CONTAINING PLASTIC AND/OR METAL DYE CAST PIECES WHICH, WHEN FITTED TOGETHER, FORM MINIATURE VEHICLES OR FIGURES; BALLS (BEACH, SPONGE, PUNCH); OUTDOOR PLAY EQUIPMENT, NAMELY SLIDES AND SWING SETS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 6-24-1982; IN COMMERCE 6-24-1982.

OWNER OF U.S. REG. NOS. 1,204,446, 1,204,680 AND OTHERS.

SER. NO. 385,353, FILED 9-13-1982.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY