# Exhibit 2

# Copyright

**Registration Number / Date:**
PA0001685728 / 2010-07-09

**Preregistered as:**
PR0000003604

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Despicable Me.

**Application Title:**
Despicable Me.

**Date of Creation:**
2010

**Date of Publication:**
2010-07-08

**Latest Transaction Date and Time:**
2011-04-28T04:22:25

**Copyright Claimant:**
Universal City Studios Productions LLLP, Transfer: By written agreement. Address: 100 Universal City Plaza, Universal City, CA, 91608.

**Authorship on Application:**
Universal City Studios LLLP, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture.
Universal Animation Studios LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting music.

**Record ID:**
24587796

**Public Records ID:**

voyager_24587796

**System Control Number:**

(DLC-CO)PA 001685728

**Originating System Control Number:**

PA 001685728

**Description:**

5 film reels ;

**Nation of First Publication:**

Malaysia

**Names:**

Coffin, Pierre
Universal City Studios LLLP
Universal Animation Studios LLC
Universal City Studios Productions LLLP

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_24587796

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
PA0001859348 / 2013-06-28

**Preregistered as:**
PR0000006432

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Despicable Me 2.

**Application Title:**
Despicable Me 2.

**Date of Creation:**
2013

**Date of Publication:**
2013-06-20

**Latest Transaction Date and Time:**
2013-09-25T04:38:15

**Copyright Claimant:**
Universal City Studios Productions LLLP, Transfer: By written agreement.
Address: 100 Universal City Plaza, Universal City, CA, 91608.

**Authorship on Application:**
Universal Animation Studios LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture.
Universal City Studios LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting music.

**Record ID:**
26329619

**Public Records ID:**

voyager_26329619

**System Control Number:**

(DLC-CO)PA 001859348

**Originating System Control Number:**

PA 001859348

**Description:**

5 film reels ;

**Nation of First Publication:**

Australia

**Names:**

Coffin, Pierre

Renaud, Chris

Universal Animation Studios LLC

Universal City Studios LLC

Universal City Studios Productions LLLP

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_26329619

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
PA0002043544 / 2017-06-27

**Preregistered as:**
PR0000009655

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Despicable Me 3.

**Application Title:**
Despicable Me 3.

**Date of Creation:**
2017

**Date of Publication:**
2017-06-14

**Latest Transaction Date and Time:**
2017-07-19T02:21:57

**Copyright Claimant:**
Universal City Studios Productions LLLP, Transfer: By written agreement.
Address: 100 Universal City Plaza, Universal City, CA, 91608.

**Authorship on Application:**
Universal Animation Studios LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture.
Universal City Studios LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting music.

**Record ID:**
29126167

**Public Records ID:**

voyager_29126167

**System Control Number:**

(DLC-CO)PA 002043544

**Originating System Control Number:**

PA 002043544

**Description:**

5 film reels ;

**Nation of First Publication:**

Philippines

**Names:**

Guillon, Eric

Balda, Kyle

Universal Animation Studios LLC

Universal City Studios LLC

Universal City Studios Productions LLLP

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_29126167

---

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
PA0002478457 / 2024-06-21

**Preregistered as:**
PR0000013318

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Despicable Me 4.

**Application Title:**
Despicable Me 4.

**Date of Creation:**
2024

**Date of Publication:**
2024-06-20

**Latest Transaction Date and Time:**
2024-07-02T03:19:10

**Copyright Claimant:**
Universal City Studios Productions LLLP, Transfer: By written agreement.
Address: 100 Universal City Plaza, Universal City, CA, 91608.

**Authorship on Application:**
Universal City Studios LLC, Domicile: United States. employer for hire; Authorship: entire motion picture.
Universal Animation Studios LLC, Domicile: United States. employer for hire; Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting footage, preexisting photograph(s), preexisting music, Previously published/registered "Despicable Me" works.

**Record ID:**

36953649

**Public Records ID:**
voyager_36953649

**System Control Number:**
(DLC-CO)PA 002478457

**Originating System Control Number:**
PA 002478457

**Description:**
Electronic file (eService)

**Nation of First Publication:**
Argentina

**Names:**
Renaud, Chris
Delage, Patrick
Universal City Studios LLC
Universal Animation Studios LLC
Universal City Studios Productions LLLP

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_36953649

---

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
PA0001952355 / 2015-06-30

**Preregistered as:**
PR0000008012

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Minions.

**Application Title:**
Minions.

**Date of Creation:**
2015

**Date of Publication:**
2015-06-17

**Latest Transaction Date and Time:**
2015-08-08T14:33:47

**Copyright Claimant:**
Universal City Studios Productions LLLP, Transfer: By written agreement.
Address: 100 Universal City Plaza, Universal City, CA, 91608.

**Authorship on Application:**
Universal Animation Studios LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture.
Universal City Studios LLC, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting music.

**Record ID:**
27821655

**Public Records ID:**

voyager_27821655

**System Control Number:**

(DLC-CO)PA 001952355

**Originating System Control Number:**

PA 001952355

**Description:**

5 Film reels ;

**Nation of First Publication:**

Indonesia

**Names:**

Coffin, Pierre

Balda, Kyle

Universal Animation Studios LLC

Universal City Studios LLC

Universal City Studios Productions LLLP

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_27821655

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
PA0002369070 / 2022-06-27

**Preregistered as:**
PR0000011556

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Minions: The Rise of Gru.

**Application Title:**
Minions: The Rise of Gru.

**Alternative Title on Application:**
Minions 2

**Date of Creation:**
2021

**Date of Publication:**
2022-06-23

**Latest Transaction Date and Time:**
2022-09-08T03:14:08

**Copyright Claimant:**
Universal City Studios Productions LLLP, Transfer: By written agreement.
Address: 100 Universal City Plaza, Universal City, CA, 91608.

**Authorship on Application:**
Universal City Studios LLC, Domicile: United States. employer for hire; Authorship: entire motion picture.
Universal Animation Studios LLC, Domicile: United States. employer for hire; Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting music.

**Record ID:**

34272000

**Public Records ID:**

voyager_34272000

**System Control Number:**

(DLC-CO)PA 002369070

**Originating System Control Number:**

PA 002369070

**Description:**

Videocassette (HDCAM SR) ;

**Nation of First Publication:**

Australia

**Names:**

Balda, Kyle

Ableson, Brad

del Val, Jonathan

Universal City Studios LLC

Universal Animation Studios LLC

Universal City Studios Productions LLLP

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_34272000

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).